UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA JOHNSON, | |
| Plaintiff, | No.  1:14-CV-3048-JPH |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.   Defendant's Cross-Motion for Summary Judgment is **DENIED**.  The Commissioner's final decision is **VACATED** and this case is **REMANDED** for the calculation and payment of benefits from the Plaintiff's February 2006 onset date.

DATED:  June 19, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Shelly Koegler*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE